IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DON SALAZAR and ANDREA SALAZAR,
Individuals, d/b/a C&S TRUCKING CO.,

        Plaintiffs,

vs.                                                       1:18-cv-00765-RB-LF

THE QUIKRETE COMPANIES, LLC,
a Delaware limited liability company,

        Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on October 22, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 8), filed on October 11, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 11), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge